Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 20 percent under paragraph 1547 (a); and (2) the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

**No. 60756.**—P. John Hanrahan, Inc. v. United States, protest 280043–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60757.**—Edward Boote, Inc. v. United States, protest 281940–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60758.**—Surface Freight Corp. v. United States, protest 286196–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60759.**—The Mutual Paper Co., Inc. v. United States, protest 287020–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60760.**—W. A. Yarber v. United States, protest 292633–K (Savannah).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60761.**—Compania Mexicana de Aviacion, S. A. v. United States, protest 303517–K (Los Angeles).

Opinion by DONLON, J. The protest was dismissed.

**No. 60762.**—Compania Mexicana de Aviacion, S. A. v. United States, protest 303547–K (Los Angeles).

Opinion by DONLON, J. The protest was dismissed.